Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Nicole A. Poltash (State Bar No. 323420)
Email: npoltash@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL D. ASMUS, | Case No.: 5:26-cv-00962-SVK |
| Plaintiff, | **NOTICE OF UNITED AIRLINES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| vs. | |
| UNITED AIRLINES, INC., | [*Federal Rules of Civil Procedure*, Rule 12 (b)(6)] |
| Defendants. | |
| | Hearing Date:    April 21, 2026 |
| | Time:    10:00 a.m. |
| | Courtroom:    6 |
| | [Filed concurrently with: Memorandum of Points and Authorities and [Proposed Order]] |
| | Complaint Filed: January 30, 2026 |

PLEASE TAKE NOTICE that on April 21, 2026 at 10:00 a.m., or as soon thereafter as Plaintiff and counsel may be heard, in Courtroom 6 of the above-entitled Court located at 280 South 1st Street, San Jose, CA 95113, defendant United Airlines, Inc., by and through its attorneys of record at Victor Rane, will move this Court for an order dismissing plaintiff Paul D. Asmus' complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that the complaint fails to state a claim because the entire action is time-barred.

The motion is based upon this Notice, the Motion and Memorandum of Points and Authorities, all the papers, pleadings, and records on file herein, and on such other matters as may properly come before the Court at the hearing.

Dated: March 10, 2026                                        Respectfully submitted,

By:_____
Richard A. Lazenby
Nicole A. Poltash
VICTOR RANE
Attorneys for Defendant
UNITED AIRLINES, INC.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849