**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

PAUL D ASMUS,

               Plaintiff,

    v.

UNITED AIRLINES, INC.,

               Defendant.

Case No.  5:26-cv-00962-BLF

**ORDER DENYING MOTION FOR LEAVE TO FILE SUR-REPLY**

[Re: ECF No. 18]

Pro se Plaintiff moved to file a sur-reply after Defendant filed its reply in support of its motion to dismiss.  ECF No. 18.  Defendant opposes the motion.  ECF No. 19.  "Once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval," except to object to evidence first proffered in a reply brief or to provide a statement of recent decision.  Civ. L.R. 7-3(d).  "Parties do not have the right to file sur[-]replies and . . . [t]he Court generally views motions for leave to file a sur[-]reply with disfavor.  Although the court may in its discretion permit the filing of a sur-reply, this discretion should be exercised in favor of allowing a sur-reply only where a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief."  *Van Hees v. BAM Trading Serv., Inc.*, No. 25-cv-05685-JST, 2025 WL 3026497, at *1 (N.D. Cal. Oct. 29, 2025) (alterations in original) (internal quotation marks and citations omitted).  Plaintiff having failed to establish good cause, the Court DENIES the motion.

     **IT IS SO ORDERED.**

Dated:  June 3, 2026

                                   BETH LABSON FREEMAN
                                   United States District Judge

United States District Court
Northern District of California