Paul D. Asmus
Email: pdasmus@protonmail.com
P.O. Box 60755
Palo Alto, California
Telephone: (650) 935-2105
Plaintiff in Pro Per

Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Nicole A. Poltash (State Bar No. 323420)
Email: npoltash@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869
Attorneys for Defendant
UNITED AIRLINES, INC.

**APPROVED**

*Judge Beth Labson Freeman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| PAUL D. ASMUS, | Case No.: 26-cv-00962-BLF |
| Plaintiff, | **STIPULATION TO EXTEND UNITED AIRLINES, INC.'S TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** |
| v. | |
| UNITED AIRLINES, INC., | |
| Defendant. | Complaint Filed: January 30, 2026<br>First Amended Complaint Filed: July 26, 2026 |

Defendant United Airlines, Inc. ("United"), by and through its attorneys of record at Victor Rane, and plaintiff Paul D. Asmus, do hereby stipulate to a 18-day extension for United to respond to the First Amended Complaint, pursuant to Northern District of California Civil Local Rule 6-1(a).

**IT IS SO STIPULATED.**

/ /

/ /

DATED: July 29, 2026          By:    /s/ Paul D. Asmus

Paul D. Asmus
Plaintiff in Pro Per

DATED: July 29, 2026          By:    *Nicole Poltash*

Richard A. Lazenby, Esq.
Nicole Poltash, Esq.
VICTOR RANE
Attorneys for Defendant
United Airlines, Inc.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

STIPULATION TO CONTINUE UNITED AIRLINES, INC.'S
TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT
CASE NO.: 26-CV-00962-BLF

2